# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ERVIN SMITH JR.,<br><br>Defendant. | 8:19CR68<br><br>**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charges currently pending against him in this court.

(1) The defendant affirms that he has received a copy of the superseding indictment;

(2) The defendant understands that he has the right to appear personally before the Court for an arraignment on these charges, and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_Ervin Smith_
Defendant

_[signature]_
Counsel for Defendant

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and [his][her] plea[s] of not guilty [is][are] entered of record with the Clerk of Court.

DATED this 23rd day of December, 2019.

BY THE COURT:

_[signature]_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT